

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| KAREN BURNETT, | § | No. 08-15-00339-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 383rd District Court |
| | § | |
| THOMAS BURNETT, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 95-13356) |
| | § | |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's Motion for Continuance of the September 29, 2016 submission and oral argument setting. This case will be rescheduled at a later date.

IT IS SO ORDERED this 2nd day of September, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.